IN THE COURT OF CRIMINAL APPEALS

STATE OF TEXAS

V.

CHARLES MARTIN #101119
                Petitioner

FILED IN
COURT OF CRIMINAL APPEALS

MAY 06 2015

Abel Acosta, Clerk

RE: MOTION FOR REHEARING

PD-1577-14

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 06 2015

Abel Acosta, Clerk

## MOTION CONCERNING RULING FOR UNTIMELY REHEARING FILING

COMES NOW Charles L. Martin #101119, concerning this Courts ruling As untimely, the petitioners Motion for Rehearing, in this Above mention case. And would show this court that the rehearing request in this case was not untimely filed according to the mailbox rule. And was expressed in the cover letter to the Clerk. The petitioner did receive this White Card Notice, of the untimely ruling from this Court on 4-28-15, And would hereby show this Court the following:

### I

The Notice from the Clerk stated that the Petition for Discretionary Review was refused by the Court of Criminal Appeals, on the 18TH day of March 2015, and that the petitioner had 15 days to file A Motion for Rehearing, with this Court. Thus the Rehearing due day was April 2, 2015.

However, the letter was dated March 27, 2015, and letter postmark dated March 30, 2015. Please see the Attached document from the TDCJ McConnell Unit mailroom. Showing only 1 piece of in coming legal mail, from the T.C.C.A. on the 4-1-15. Which was the Notice when first received by the mailroom. That evening the petitioner received a Lay-in (Notice for legal mail) to be picked up At the mail room window on the 2nd of March, 2015. The actual due date for said Rehearing. The petitioner met that due date, by placing said Motion for Rehearing in the McConnell Unit prison mailbox the same day as shown in the letter to the Clerk. Also, as required by the Mailbox Rule.

### II

According to Howland v. Quarterman, 24 SW3d 470, (5th Cir. 2007) At. 845 [2] "Further, even

(pg.1)

in the civil context the mailbox rule applicable under the Texas Rule of Civil Procedure 5 "does not deem a motion filed on the date it is placed in the mail when no filing deadline is involved." In re Heam, 137 SW3d 681 685 (Tex. App. - San Antonio 2004 no pet.). However, not only does this filing have a dead line. Showing that the mailbox rule does apply in this case. But also the diligence, of the Petitioner in meeting the dead line. By placing said motion in the U.S. mail First class postage prepaid, on the 2nd of March, and should by this or any other Court be considered as filed on that due date, and dead line by and as applicable by the mailbox rule.

In Arnold v. Shuck, 24 SW3d 470, 472-73, it is stated and shown. At 472, "Under Tex. R. Civil P. 5, a document is deemed filed if (1) it is sent to the proper clerk, (2) by first class United States mail, (3) in a properly addressed stamped envelope. (4) on or before the last day for filing (5) it is not received more than 10 day tardily." Although this Motion was not sent for postage until the following monday it was considered filed the day it was placed in the mailbox at the prison. Was still postmarked legally affixed with 10 days by the US Postal Service is prima facie evidence of the date of mailing. (See Attachment for date mailroom sent for outgoing postmark)

Also in Warner v. Glass, 135 SW3d 681 (Tex 2004) the Texas Supreme Court stated at 685, "We recognize the "unique problem that arises when one party is forced to rely on his opposing party to ensure pleadings are timely filed. (Gomez v. Dept. of Criminal Justice, 896 SW2d 176, 176n.1 (Tex. 1995).

And finally, in 1993, Fed. Rule of App. Proc. 4 was amended to reflect the US Supreme Courts' ruling in Houston v. Lack 276, 108 SCt. 2379 (1985): "If an inmate, confined in an institution files a motion of Appeal in either a civil or criminal case, the notice is timely if it is deposited in the institutions internal mail system on or before the last day for filing. Fed. R. App. P. 4(c)(1).

### Prayer

The Petitioner hereby prays therefore, that the ruling concerning the petitioners Motion for Rehearing as being untimely filed be reversed. For verification of Notice and mailroom log dates, call (ph. 361-362-2300). And the case be sent back for further processing.

### SO MOVED AND PRAYED FOR

Dated: May 2, 2015          Signed: Charles Mertin #1101119

(pg. 2 of 3)

## UNSWORN DECLARATION

I, Charles Martin, #1101119, Currently housed At the McConnell Unit, 3001 S. Emily Dr., Beeville, Texas, Bee County Texas. In the custody of the Texas Department of Criminal Justice, Institutional Division. Do hereby declare under the penalty of perjury. That the foregoing Motion Concerning Timely Rehearing Filing, Are True And Correct to the best of my Knowledge.

Date: May 2, 2015                    Signed: _Charles Martin #1101119_
                                     Charles Martin, Pro-Se Petitioner


## CERTIFICATE OF SERVICE

I, Charles Martin #1101119, Currently housed At the McConnell Unit in Beeville, Texas, has placed in the U.S. mail 1st class postage prepaid, A True and correct copy of his Motion Concerning Untimely Rehearing Filing, addressed To: Abel Acosta, Clerk, Texas Court of Criminal Appeals, P.O. Box 12308 Capitol Station, Austin, Texas 78711.

Date: May 2, 2015                    Signed: _Charles Martin #1101119_
                                     Pro-Se Petitioner

                                     Charles Martin, #1101119
                                     McConnell Unit
                                     3001 S. Emily Dr.
                                     Beeville, TX 78102

(pg. 3 of 3)

# CERTIFICATE OF SERVICE

I Charles Lee Martin, TDCJ-ID # 1101119, DO HEREBY CERTIFY
That on April 2, 2015, a true copy And correct copy of the foregoing
Motion for Rehearing was placed in the mailbox, with First Class
U.S. postage prepaid at the McConnell Unit prison, in Bee County Texas.
For delivery to: Abel Acosta, Clerk, Court of Criminal Appeals, P.O. Box 12308,
Capitol Station, Austin, Texas 78711. Concerning T.C.C.A. Case No. PD-1577-14

Date: May 2, 2015          Signed: Charles Martin, # 1101119
                                   Pro-se petitioner
                                   Charles L. Martin, #1101119
                                   McConnell Unit
                                   3001 S. Emily Dr.
                                   Beeville, Tx. 78102

**SUBJECT:** *State briefly the problem on which you desire assistance.*

In the first week of April, 2015. I received legal mail from your mailroom here at the McConnell Unit. Would you inform me by the log dates for incoming and outgoing mails and from the Texas Court of Criminal Appeals during the first week only, in the Month of April, 2015. Thank you for you help,

Respectfully submitted,

Name: Charles Martin     No: 1101119     Unit: ML

Living Quarters: 18-5-84     Work Assignment: Garment factory

**DISPOSITION:** (Inmate will not write in this space)

Legal

4-6-15 - outgoing ✓
4-1-15 - incoming

☆I-60 (Rev. 11-90)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☑ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☑ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Mail Room, Supervisor " (1 Bldg)_
(Name and title of official)

DATE: _4-28-2015_

ADDRESS: _M Connell Unit_